THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD MOTHERSELL, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Attempted Burglary, 2nd Degree.) Present—Doerr, J. P., Green, Pine, Lawton and Davis, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY KUGLER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, DiFlorio, J.—Robbery, 3rd Degree.) Present—Dillon, P. J., Callahan, Denman, Boomer and Lowery, JJ.